**Order entered September 15, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01059-CV

### KOFI OBENG AND OBENSTAR, LLC, Appellants

### V.

### COPART, INC., COPART OF TEXAS, INC., AND COPART OF HOUSTON, INC., Appellees

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-02553-B**

### ORDER

Before the Court is appellees' September 14, 2021 unopposed second motion for extension of time to file their brief. Appellees seek a sixteen-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than October 6, 2021.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE